MATTHEW B. GOLPER (SBN 275979)
mgolper@goldbergsegalla.com
NOLAN MCCREADY (SBN 300684)
nmccready@goldbergsegalla.com
GOLDBERG SEGALLA LLP
2600 Michelson Drive, Suite 900
Irvine, CA 92612-6507
**Mailing Address:**
P.O. Box 17520
Los Angeles, CA 90017
Telephone:   949-271-3324
Facsimile:    949-271-3399

Attorneys for Defendant
ALLEN DISTRIBUTION, LP

DOUGLAS HAN (SBN 232858)
dhan@justicelawcorp.com
SHUNT TAVATOS-GHARAJEH (SBN 272164)
statavos@justicelawcorp.com
ARSINE GRIGORYAN (SBN 319517)
agrigoryan@justicelawcorp.com
**JUSTICE LAW CORPORATION**
Pasadena, California 91103
Telephone: (818) 230-7502
Facsimile: (818) 230-7502

Attorney for Plaintiff
JANET UGALE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANET UGALE, individually, and on behalf of other members of the general public similarly situated,<br><br>　　　　　　　　Plaintiff,<br>　　v.<br><br>ALLEN DISTRIBUTION, LP, a Pennsylvania limited partnership; and DOES 1 through 100, inclusive,<br><br>　　　　　　　　Defendants. | Case No. 2:20-CV-01710-MCE-KJN<br>Hon. Morrison C. England, Jr.<br><br>**STIPULATION AND ORDER TO FURTHER EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>Action Filed: July 8, 2020<br>Action Removed: August 26, 2020<br>Current Response Date: Sept. 30, 2020<br><br>Trial Date: None Set |

## **STIPULATION**

Plaintiff Janet Ugale ("Plaintiff") and Defendant Allen Distribution, LP ("Defendant"), by and through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, Plaintiff initiated this action by filing a complaint in San Joaquin County Superior Court on July 8, 2020;

WHEREAS, Defendant timely removed this action to this Court from San Joaquin County Superior Court on August 26, 2020;

WHEREAS, the parties have been engaging in meet and confer conferences to discuss the substance of Defendant's anticipated FRCP 12(b)(6) Motion to Dismiss;

WHEREAS, Plaintiff intends to file a First Amended Complaint to address certain issues raised during the parties' meet and confer discussions on Defendant's anticipated FRCP 12(b)(6) Motion to Dismiss and has provided counsel for Defendant with a draft First Amended Complaint;

WHEREAS, pursuant to Eastern District Local Rule 144(a), the parties previously stipulated to extend Defendant's deadline to respond to Plaintiff's complaint to September 16, 2020 [Dkt. 7] and then September 30, 2020 [Dkt. 8] so that Plaintiff could draft and file her First Amended Complaint before Defendant needed to respond;

WHEREAS, Defendant intends to file a FRCP 12(b)(6) Motion to Dismiss in the event that Plaintiff files the First Amended Complaint as drafted;

WHEREAS, on September 25, 2020, Plaintiff filed a Motion to Remand [Dkt. 11] this matter to the San Joaquin County Superior Court before filing her First Amended Complaint;

WHEREAS, in the interests of judicial and party economy, the parties agree that the Court should rule on Plaintiff's Motion to Remand before (1) Plaintiff should file her First Amended Complaint and before (2) Defendant should be required to respond.

NOW, THEREFORE, THE PARTIES AGREE, STIPULATE, AND JOINTLY REQUEST that the Court extend Defendant's deadline to file any response to Plaintiff's original Complaint until 14 days after this Court issues its ruling on Plaintiff's Motion for Remand.  Should this Court deny Plaintiff's Motion to Remand, Plaintiff will file her First Amended Complaint before Defendant's response date.

Dated:  September 30, 2020                      JUSTICE LAW CORPORATION

                                                By:  */S/ Shunt Tatavos-Gharajeh*
                                                     SHUNT TATAVOS-GHARAJEH

                                                Attorneys for Plaintiff
                                                JANET UGALE

Dated:  September 30, 2020                      GOLDBERG SEGALLA LLP

                                                By:  */S/ Matthew B. Golper*
                                                     MATTHEW B. GOLPER
                                                     NOLAN MCCREADY

                                                Attorneys for Defendant
                                                ALLEN DISTRIBUTION, LP

# **ORDER**

The Court, having reviewed and considered the above Stipulation of the parties and finding good cause, hereby orders the following:

Defendant Allen Distribution, LP's time to respond to Plaintiff Janet Ugale's original Complaint is further extended until 14 days after the Court rules on Plaintiff's Motion to Remand [Dkt. 11].

IT IS SO ORDERED.

Dated:  October 6, 2020

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE