GOLDBERG SEGALLA LLP
P.O. Box 17520
Los Angeles, CA 90017
949-271-3324

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANET UGALE, individually, and on behalf of other members of the general public similarly situated,<br><br>                            Plaintiff,<br>   v.<br><br>ALLEN DISTRIBUTION, LP, a Pennsylvania limited partnership; and DOES 1 through 100, inclusive,<br><br>                            Defendants. | Case No. 2:20-CV-01710-KJM-CKD<br>Hon. Kimberly J. Mueller<br><br>**PUTATIVE CLASS ACTION**<br><br>**ORDER GRANTING STIPULATION AND JOINT REQUEST TO STAY PROCEEDINGS UNTIL AFTER COMPLETION OF PRIVATE MEDIATION**<br><br>Action Filed: July 8, 2020<br>Action Removed: August 26, 2020<br>Trial Date: None Set |

# **ORDER**

Upon due consideration of the parties' Stipulation and Joint Request to Stay Proceedings Until After Completion of Private Mediation, and good cause appearing, the Court GRANTS the Parties' request and hereby orders the following:

1. All dates currently set by this Court are vacated and the matter is stayed pending the Parties' completion of private mediation;

2. Should the parties require any involvement by the Court prior to private mediation, or should the parties succeed in resolving this matter at the private mediation, the Parties will promptly inform the Court;

3. Should the Parties be unable to resolve this matter, the Parties will submit a joint status report to the Court on or before April 3, 2021 (30 days after March 4, 2021) to advise of the status of this matter and to reschedule the Parties' Scheduling Conference so that the Court may issue a Scheduling Order.

IT IS SO ORDERED.

DATED: February 17, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE