# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANET UGALE, individually, and on behalf of other members of the general public similarly situated;<br><br>Plaintiff,<br><br>v.<br><br>ALLEN DISTRIBUTION, LP, a Pennsylvania limited partnership; and DOES 1 through 100, inclusive;<br><br>Defendants. | Case No.: 2:20-cv-01710-KJM-CKD<br>**PUTATIVE CLASS ACTION**<br><br>Honorable Kimberly J. Mueller<br><br>**ORDER TO REMAND**<br><br>Complaint Filed: July 8, 2020<br>Removal Filed: August 26, 2020<br>Trial Date: None Set |

Upon consideration of the Parties' stipulation, the court **grants** plaintiff's motion to remand, ECF No. 11. The court **remands** the action to the Superior Court of California, County of San Joaquin. Each party shall bear their own costs and attorneys' fees incurred in connection with the removal of this action and other proceedings in this court.

This order resolves ECF No. 11.

**The clerk is directed to close the case.**

**IT IS SO ORDERED.**

DATED: June 23, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE